**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 28, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00045-CV

**STEVEN KING, Appellant**

**V.**

**MCNABB EQUIPMENT SERVICES, LLC, Appellee**

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-256706 Consolidated with 18-DCV-256027**

## MEMORANDUM OPINION

This is an appeal from an order signed December 26, 2018. On March 7, 2019, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.